UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BODY GLOVE IP HOLDINGS, LP,　　　　　　　21-cv-1181 (JGK)

　　　　　　　Plaintiff,　　　　　　　　ORDER

　　- against -

EXIST, INC. AND JOSHUA GLICKMAN,

　　　　　　　Defendants.

JOHN G. KOELTL, District Judge:

　　The parties should submit a Rule 26(f) Report by 4/30/21.

SO ORDERED.

Dated:　　New York, New York
　　　　　April 19, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　United States District Judge