UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BODY GLOVE IP HOLDINGS, LP,

              Plaintiff/
  Counterclaim Defendant,

- against -

EXIST, INC., and JOSHUA GLICKMAN,

              Defendants/
  Counterclaim Plaintiffs.

21-cv-1181 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court will hold oral argument on Body Glove IP Holdings, LP's motion for judgment on the pleadings on **December 3, 2021 at 1:30 p.m.** The parties may access the oral argument using the following dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            November 22, 2021

                                          John G. Koeltl
                                  United States District Judge