```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
----------------------------------------------------------------

BODY GLOVE IP HOLDINGS, LP,

                  Plaintiff/
        Counterclaim Defendant,

    - against -

EXIST, INC., AND JOSHUA GLICKMAN,

                  Defendants/
       Counterclaim Plaintiffs.

21-cv-1181 (JGK)

<u>ORDER</u>

----------------------------------------------------------------

JOHN G. KOELTL, District Judge:

    For the reasons given at the conference held today, Body Glove's motion for judgment on the pleadings is **granted in part and denied in part**.

    If the defendants choose to file an amended answer and counterclaims, that amended answer and counterclaims must be filed within fourteen days. In that event, Body Glove must move or answer with respect to that amended answer fourteen days after service of the amended answer and counterclaims. No pre-motion conference is necessary. The time to respond to any motion is fourteen days. The time to reply is ten days.

    Additionally, the Court will refer this case to Magistrate Judge Parker for settlement. The parties should report to the Court after the conclusion of the settlement discussions before Magistrate Judge Parker. If the settlement discussions before Magistrate Judge Parker are unsuccessful, the parties should

propose a briefing schedule for motions for summary judgment. No further pre-motion conference is necessary.

The Clerk is directed to close Docket No. 15.

**SO ORDERED.**

Dated:   New York, New York
         January 14, 2022

_____
John G. Koeltl
United States District Judge