```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

   BODY GLOVE IP HOLDINGS, LP,

                              Plaintiff,

              -against-

   EXIST, INC., and JOSHUA GLICKMAN,
   INDIVIDUALLY,

                              Defendants.
-----------------------------------------------------------------X
```

**ORDER RESCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

21-CV-1181 (JGK)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no. 26). The telephone conference scheduled on Wednesday, February 23, 2022 at 12:30 p.m. in advance of a settlement conference is hereby rescheduled to **Wednesday, February 23, 2022 at 4:45 p.m.** The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

SO ORDERED.

Dated: February 2, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/02/2022