USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/24/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BODY GLOVE IP HOLDINGS, LP,

                           Plaintiff,

-against-

EXIST, INC., and JOSHUA GLICKMAN,
INDIVIDUALLY,

                           Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

21-CV-1181 (JGK)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

          A settlement conference in this matter is scheduled for **Monday, May 2, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **April 25, 2022 by 5:00 p.m.**

    **SO ORDERED**.

Dated: February 24, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge