UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BODY GLOVE IP HOLDINGS, LP,

              Plaintiff,

- against -

EXIST, INC., ET AL.,

              Defendants.

---

21-cv-1181 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

By Order dated January 14, 2022, the Court referred to this case to Magistrate Judge Parker for settlement and ordered the parties to propose a briefing schedule for motions for summary judgment if the settlement discussions were unsuccessful. ECF No. 25. The parties attended a settlement conference before Magistrate Judge Parker on May 4, 2022.

By July 15, 2022, the parties are directed to advise the Court as to the status of this case. If the settlement discussions before Magistrate Judge Parker were unsuccessful, then the parties are directed to submit a proposed briefing schedule for motions for summary judgment by that date.

SO ORDERED.

Dated:    New York, New York
            July 8, 2022

                                      John G. Koeltl
                                   United States District Judge