UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BODY GLOVE IP HOLDINGS, LP,

                Plaintiff,

    -against-

EXIST, INC. et al.,

                Defendants.

Case No. 1:21-cv-01181 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    On August 19, 2022, Defendants Exist Inc. and Joshua Glickman filed a letter styled as a motion to request that certain documents filed in support of its motion for judgment be filed under seal.  ECF No. 36.  In that letter, Defendants indicated that Plaintiff was the party interested in filing documents under seal and would be filing its motion in three days.  *Id.*  On August 22, 2022, Plaintiff filed a letter requesting that those same documents – certain exhibits attached to Defendants' motion for summary judgment – remain under seal.  ECF No. 43.  On August 23, 2022, Judge Koeltl granted that motion.  ECF No. 44.  Accordingly, IT IS HEREBY ORDERED that the request in Defendants' August 19, 2022 letter was mooted by the August 23, 2022 Order, and is therefore dismissed.  Any further sealing requests shall comply with the Court's Individual Rules.

    The Clerk of Court is respectfully directed to terminate ECF No. 36.

Dated: October 12, 2022
       New York, New York

                                            SO ORDERED.

                                            *Jennifer Rochon*

                                            JENNIFER L. ROCHON
                                            United States District Judge