**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BODY GLOVE IP HOLDINGS, LP,

                Plaintiff,

  -against-                                   21 **CIVIL** 1181 (JLR)

                                                   **<u>JUDGMENT</u>**

EXIST, INC. AND JOSHUA GLICKMAN,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 31, 2023, Body Glove is entitled to summary judgment on its breach of contract and breach of the personal guaranty claims, and Defendants are jointly and severally liable for damages in the sum of $225,000. Defendants' counterclaims are dismissed; accordingly, the case is closed.

**Dated:**  New York, New York

       March 31, 2023

                                                                 **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                                 **BY:**          *K. Mango*

                                                                     **Deputy Clerk**