**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

BODY GLOVE IP HOLDINGS, LP,,

                        Plaintiff,                                 21 **CIVIL** 1181 (JLR)

           -against-                                 **AMENDED  JUDGMENT**

EXIST, INC. et al.,,

                        Defendant.

-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**    That for the reasons set forth in the Court's Order dated May 17,  2023, Plaintiff's motion is GRANTED. The Clerk of Court is respectfully directed to amend the judgment (ECF No. 64) to include the following: 1. An award of prejudgment interest of $75,951.37, reflecting 9% interest per annum on a simple basis from July 1, 2019 through March 31, 2023; and 2. An award of post-judgment interest from the date of entry of judgment in accordance with 28 U.S.C. § 1961.

**Dated:**  New York, New York
           May 18, 2023

                                                     **RUBY J. KRAJICK**

                                                     **Clerk of Court**

                        **BY:**

                                                   **Deputy Clerk**