**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------X
BODY GLOVE IP HOLDINGS, LP,

               Plaintiff,                          21 **CIVIL** 1181 (JLR)

   -against-                                 **AMENDED JUDGMENT**

EXIST, INC. et al.,

               Defendant.
-----------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated May 17, 2023, Plaintiff's motion is Granted. Plaintiff Body Glove IP Holdings, LP is entitled to judgment on its breach of contract and breach of the personal guaranty claims in the amount of $225,000.00, an award of prejudgment interest in the amount of $75,951.37, reflecting 9% interest per annum on a simple basis from July 1, 2019 through March 31, 2023, and an award of post-judgment interest from the date of entry of judgment in accordance with 28 U.S.C. § 1961. Defendants Exist, Inc. and Joshua Glickman, are jointly and severally liable for damages and prejudgment interest in the total sum of $300,951.37, exclusive of any post-judgment interest. Defendants' counterclaims are dismissed; accordingly, the case is closed.

Dated: New York, New York
         July  5 , 2023

                                                            **SO ORDERED.**

                                                        *Jennifer Rochon*
                                                    JENNIFER L. ROCHON
                                                    United States District Judge